**AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

First being duly sworn, I, J. Troy Terbrock, a sworn federal law enforcement agent by virtue of being a U.S. Postal Inspector, do aver, depose, and state as follows:

**I. SUMMARY**:

1. I make this affidavit in support of an application for a warrant to search three parcels in the custody of the United States Postal Inspection Service (USPIS) in the District of Columbia. Along with two other similar packages, these parcels are at the U.S. Postal Service's (USPS) facility at 900 Brentwood Road, N.W., Washington, D.C. As more fully set forth in the rest of this affidavit, I seek this warrant because two dogs trained to detect illegal drugs have given signs or "indications" that the parcels contains a controlled substance unlawfully possessed.

**II. PARTICULAR DESCRIPTION OF PLACE TO BE SEARCHED AND THINGS TO BE SEIZED**:

2. I seek warrants to search three U.S. Express Mail parcels:

(A) Parcel number one has registration number EE002799892CN, and a delivery address of "Reggie Burwell 3929 georgia ave. n.w. Washington d.c," and bearing a return address of "China."

(B) Parcel number two has registration number EB045367639CN, and a delivery address of "Reggie Burwell 832 Shephard st. N.W. Washington D.C. 20011" PHONE "2027227787" and bore a return address of "China.

(C) Parcel number three has registration number EE078611654CN, and a deliver address of "Reggie Burwell 832 Shephard st. N.W. Washington D.C. 20011" PHONE "2027227787" and bore a return address of "China."

All three parcel packages now are located in the District of Columbia at the U.S. Postal Inspection Service offices at the general mail facility at 900 Brentwood Road, Washington, D.C. There are no

other parcel with similar features now at this location. All three parcels are addressed to the same person, a Mr. Reggie Burwell, and two of them bear the same street address, but each has a different registration number. To this end, I seek this warrant to search these parcels, and to seize the parcels themselves, any controlled substances in them, any evidence of a violation of the federal anti-narcotics law popularly known as the Controlled Substances Act, codified at 21 U.S.C. § 801 et seq., including drug paraphernalia, any papers relating to violations of the federal anti-narcotics laws, and proceeds of drug-related crimes including money, checks, or means of payment.

### III. AFFIANT'S BACKGROUND:

3. I have been a Postal Inspector with the United States Postal Inspection Service since March 2007. I now am assigned to a team that investigates cases when the U.S. mails are used to transport controlled substances unlawfully. I have taken part in executing search warrants that resulted in illegal drugs being seized from packages shipped through the U.S. mails. Before serving as a U.S. Postal Inspector, I was a special agent of the U.S. State Department's Diplomatic Security Service for six years. For eight years before that, I was a sworn officer of the St. Peters Police Department in Missouri for eight years. I have completed successfully the basic training programs for each of these three law enforcement positions. Additionally, I have significant experience in the investigation of narcotic-related crimes.

### IV. STATEMENT OF FACTS IN SUPPORT OF FINDING OF PROBABLE CAUSE:

4. For some time, USPIS inspectors have noted that the U.S. mails, particularly, the Express and Priority Mail services, increasingly are being used to send payments to buy controlled substances unlawfully and to ship the controlled substances themselves unlawfully, including cocaine, heroin, and marijuana. It appears that traffickers in illegal drugs often use such mail

services because of their reliability, speed, and low cost, as well as because they believe that they are at less risk of being caught in committing such crimes.

5.  On Thursday, September 25, 2008, USPS officials intercepted three U.S. Express Parcels at the USPS mail facility, known as the "Lamond-Riggs Station, at 6200 North Capital Street, N.W., Washington, D.C. 20011. I refer to the following parcel as "parcel number one," which is addressed to "Reggie Burwell 3929 georgia ave. n.w. Washington d.c. 33310" PHONE "2027227487" and bore a return address of "China." In accepting parcel number one for delivery, USPS gave it routing number "EE002799892CN." That number distinguishes parcel number one from any other parcel accepted for delivery by the express mail service. The other two packages, which I refer to as "parcel number two" and "parcel number three," both are addressed to "Reggie Burwell 832 Shephard st. N.W. Washington D.C. 20011" PHONE "2027227787" and bear a return address of "China. Parcel number two has the routing number EB045367639CN. Parcel number three has the routing number EE078611654CN. A USPS official at the Lamond Riggs post office station has verified that the delivery addresses on the parcels, 3929 Georgia Avenue, N.W., Washington D.C., and 832 Shephard Sreet, N.W., Washington D.C., are actual addresses to which mail regularly is delivered.

6.  A Metropolitan Police Department detective was present at the Lamond-Riggs postal station on September 25, 2008, on other official business when a USPS official brought these parcels to his attention. The USPS official and the MPD detective came to believe that the parcels might contain a controlled substance illegally sent through the U.S. mails. The MPD detective is a handler of a dog that is trained to smell packages suspected to contain controlled substances and to give a sign, known as an "alert," when the dog has detected that the package contains a controlled

substance.  This dog has been trained to detect the smell of cocaine, heroin, and marijuana, among other illegal drugs.  The dog "sniffed" each of the three packages and "alerted" to each one.  The detective told me about this.  This caused me to suspect that each package contained a controlled substance or that its contents had been in contact with controlled substances, possibly including cash that had been handled by a person who had handled a controlled substance.

7. Thereafter, to double-check my suspicions, I arranged for a second dog, also trained to detect controlled substances by smell, to sniff the three packages.  Later that day, September 25, 2008, the three parcels were taken to a USPIS office in Virginia.  Fairfax County Police Detective Donald J. Kline and his narcotic-detecting dog, "Stuart," were brought in to search the office.  Detective Kline informed me that Stuart alerted on each of the three parcels.  I watched "Stuart" do this.  Detective Kline and his canine partner "Stuart" were certified on October 30, 2003 by the U.S. Customs and Border Protection as a controlled substance detection team, and have been re-certified on November 5, 2005, October 18, 2005, October 6, 2006, and November 7, 2008.  Detective Kline has been certified as an expert in the area of canine narcotics and controlled substance detection training and in the detection of controlled substances by a trained canine.  Detective Kline and "Stuart" have received ongoing maintenance training with these substances since October 30, 2003.  Since September 25, 2008, these three parcels have been taken to the USPS facility at 900 Brentwood Road, N.E., Washington, D.C., to U.S. Postal Inspection Service offices there.

8. I know the facts set forth in this affidavit either because I saw or heard them myself, or because I read them in reports or heard them from other sworn law enforcement agents.  I have not put in this affidavit all of the facts about this investigation known to all law enforcement agents.

9. Based on these facts, I respectfully submit that there is probable cause to believe that

each of the three express mail parcels contains a quantity of controlled substance constituting contraband or the fruits or instrumentalities of a crime, or evidence of the commission of a crime, including: (1) unlawful use of a communication facility to transport controlled substances in violation of 21 U.S. Code § 843(b); (2) unlawful possession with intent to distribute a controlled substance in violation of 21 U.S. Code § 841(a)(1); and (3) unlawful conspiracy, in violation of 21 U.S. Code § 846.

### V. **PRAYER FOR ISSUANCE OF A WARRANT**:

10. Therefore, I respectfully request that a warrant issue to search these parcels and to seize any contraband controlled substances and evidence of violation of the laws of the United States involving controlled substances, as set forth above in this affidavit.

FURTHER THAN THIS, affiant sayeth not.

_____
J. Troy Terbrock, Postal Inspector
United States Postal Inspection Service,
United States Postal Service

* * * * * * *

Subscribed to and sworn before me on this _____ day of September 2008.

_____
UNITED STATES MAGISTRATE JUDGE